Form OSTRK1 (08/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Debra A. Bolema**<br>2186 Leif<br>Muskegon, MI 49441<br>SSN: xxx–xx–5636<br><br>**Debtor(s)** | **Case Number 10–02922–jdg**<br><br>**Chapter 13**<br><br>**Honorable James D. Gregg** |

## NOTICE OF DEFECTIVE ENTRY OR FILING

In the above–noted case, the Clerk of the Bankruptcy Court has determined that pursuant to LBR 5005–2(e), the following document(s) presented for filing is(are) deemed defective:

Document Number: 46

Description of Document: Notice of Transfer/Assignment of Claim Transferor

Reason for Defect: Case name & number do not match

NOTICE IS FURTHER GIVEN that the following action must be taken.

☑ Document needs to be re–filed
☐

If you have any questions, please contact the ECF HelpDesk by e:mailing ecfhelpdeskmiwb@miwb.uscourts.gov , calling (616) 456–2693 or by using online chat via www.miwb.uscourts.gov



Daniel M. LaVille
Clerk of Court

**Dated:** April 19, 2013