```
                          United States Bankruptcy Court
                           Western District of Michigan
In re:                                                     Case No. 10-02922-jdg
Debra A. Bolema                                            Chapter 13
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0646-1          User: botmak            Page 1 of 2            Date Rcvd: Apr 19, 2013
                              Form ID: ostrk1         Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2013.
cr           +Capital One, N.A.,   Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
               Tucson, AZ 85712-1083
cr           +eCAST Settlement Corporation,   c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,
               TUCSON, AZ 85712-1083
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 21, 2013**              **Signature:**   _Joseph Speetjens_

```
District/off: 0646-1          User: botmak                Page 2 of 2                  Date Rcvd: Apr 19, 2013
                              Form ID: ostrk1             Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2013 at the address(es) listed below:

```
          Barbara P. Foley    ecf@chpt13.com,   chpt13@yahoo.com
          Mary F. Solis    on behalf of Debtor Debra Bolema SolisMuskegon@aol.com
          Patti H. Bass    on behalf of Creditor  HSBC Bank Nevada, N.A. ecf@bass-associates.com
                                                                                         TOTAL: 3
```

Form OSTRK1 (08/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Debra A. Bolema**<br>2186 Leif<br>Muskegon, MI 49441<br>SSN: xxx–xx–5636<br><br>**Debtor(s)** | **Case Number 10–02922–jdg**<br><br>**Chapter 13**<br><br>**Honorable James D. Gregg** |

## NOTICE OF DEFECTIVE ENTRY OR FILING

In the above–noted case, the Clerk of the Bankruptcy Court has determined that pursuant to LBR 5005–2(e), the following document(s) presented for filing is(are) deemed defective:

Document Number: 46

Description of Document: Notice of Transfer/Assignment of Claim Transferor

Reason for Defect: Case name & number do not match

NOTICE IS FURTHER GIVEN that the following action must be taken.

☑ Document needs to be re–filed
☐

If you have any questions, please contact the ECF HelpDesk by e:mailing ecfhelpdeskmiwb@miwb.uscourts.gov , calling (616) 456–2693 or by using online chat via www.miwb.uscourts.gov



Daniel M. LaVille
Clerk of Court

**Dated:** April 19, 2013