United States Bankruptcy Court
Western District of Michigan

In re:                                                          Case No. 10-02922-jdg
Debra A. Bolema                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0646-1          User: botmak           Page 1 of 2           Date Rcvd: Apr 19, 2013
                              Form ID: trclm         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2013.
db           +Debra A. Bolema,    2186 Leif,    Muskegon, MI 49441-3652
cr           +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
               Tucson, AZ 85712-1083
cr           +eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,
               TUCSON, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 21, 2013**              **Signature:**    _Joseph Speetjens_

```
District/off: 0646-1           User: botmak                Page 2 of 2                   Date Rcvd: Apr 19, 2013
                               Form ID: trclm              Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2013 at the address(es) listed below:
          Barbara P. Foley    ecf@chpt13.com,   chpt13@yahoo.com
          Mary F. Solis    on behalf of Debtor Debra Bolema SolisMuskegon@aol.com
          Patti H. Bass    on behalf of Creditor   HSBC Bank Nevada, N.A. ecf@bass-associates.com
                                                                                                                TOTAL: 3

Official Form 210B (12/12)

# United States Bankruptcy Court
Western District of Michigan

In re Debra A. Bolema ,  
Case No: 10−02922−jdg  
Chapter: 13

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 20 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 4/18/13 (date).

Name & Address of Transferor:  
Capital One, N.A.  
c/o Bass & Associates, P.C.  
3936 E Ft. Lowell, Suite 200  
Tucson, AZ 85712

Name & Address of Transferee:  
eCAST Settlement Corporation  
c/o Bass & Associates, P.C.  
3936 E Ft. Lowell, Suite 200  
Tucson, AZ 85712

~~DEADLINE TO OBJECT TO TRANSFER~~  
The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty−one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: April 19, 2013

Daniel M. LaVille  
Clerk of Bankruptcy Court

/S/_____  
K. Botma  
Deputy Clerk